**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Jon Windham,** | ) | **4:25-cv-03257-JD** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Experian Information Solutions, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, Jon Windham, and hereby files this Notice of Voluntary Dismissal without prejudice. As grounds therefore, the Plaintiff states as follows:

1.     The Plaintiff's Complaint was filed on April 17, 2025.

2.     The Defendant executed a Waiver of Service of Summons on April 24, 2025.

3.     Thereafter, the Plaintiff agreed to an additional 21-day extension for Defendant to file an Answer as there was a factual issue the parties were working to resolve.

4.     Pursuant to FRCP 41(a)(1)(I), the Plaintiff hereby files this Notice of Dismissal with the intention of dismissing this matter against the Defendant without prejudice.

/s/ *Penny Hays Cauley*
Penny Hays Cauley, Fed. ID No. 10323

1

HAYS CAULEY, P.C.
1303 W. Evans St.
Florence, SC 29501
(843) 665-1717
phc917@hayscauley.com
Attorney for Plaintiff

July 14, 2025
Florence, South Carolina